# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 829 MAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
COREY L. WILLIAMS, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.